IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA.**

      **Plaintiff,**

**v.**                                                        **Case No. 2:25-mj-00330-DLM**

**CRISTHIAN ADRIAN ORTEGA-LOPEZ,**

      **Defendant.**

**<u>NOTICE OF FILING OF DOCUMENTS FOR THE COURT'S CONSIDERATION</u>**

      Defendant, Cristhian Adrian Ortega-Lopez, by and through his attorney of record, Chaz Rotenberg, Assistant Federal Public Defender, hereby submits for the Court's consideration the accompanying documents:

1. Letters of support for Cristhian from Las Cruces residents who are neighbors to Cristhian (Ex. 1);

2. Photographs and screenshots that include (in order): photo of Cristhian in glasses; photo of Cristhian and others installing windows at the home of Nancy and Joel Cano; the completed installed window; photos of Cristhian with the Cano family in their home and going out to eat; and screenshots of Cristhian in the Cano residence on Christmas Eve 2024 opening Christmas gifts (Ex. 2);

3. Cristhian's application to change venue for his immigration hearing from Denver, Colorado to El Paso, Texas, filed by Las Americas Immigrant Advocate Center and dated February 20, 2025 (Ex. 3.);

4. Order of the Immigration Judge, dated March 3, 2025, granting Cristhian change of venue from Denver to El Paso (Ex. 4.); and

2

5.  Notice mailed to Cristhian at his address in Las Cruces for a biometric services appointment regarding his application for asylum and for withholding of removal (Ex. 5.).

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        506 S Main Street, Suite 400
        Las Cruces, NM 88001
        (575) 527-6930

        ***Electronically filed March 13, 2025***
        By: */s/ Chaz Rotenberg*
        Chaz Rotenberg
        Assistant Federal Public Defender