IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                  Case No. 25-330 MJ

CRISTHIAN ADRIAN ORTEGA-LOPEZ,

        Defendant.

## ORDER SETTING CONDITIONS OF RELEASE

The following conditions for release for the above defendant are hereby established as stated in open court on March 14, 2025:

    _____  A.  Cash/surety bond in the amount of $5,000 with 10% to the Court

    \_\_XXX\_\_  B.  Unsecured bond in the amount of $10,000

    \_\_XXX\_\_  C.  Third party custody of **Nancy Cano** (pending approval by Pretrial Services).

    \_\_XXX\_\_  D.  All Standard Conditions and Special Conditions as listed:

- Defendant must not violate federal, state, or local law while on release.
- Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.
- Defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.
- Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.
- Defendant must sign an Appearance Bond.
- Defendant must report to Pretrial Services for supervision, as directed.
- Defendant's travel is restricted to the city of Las Cruces, NM; Pretrial is authorized to expand travel if necessary. Defendant may travel to attend Immigration Hearings but must be accompanied by Third Party Custodian.   No travel to Mexico.
- Defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution.
- Defendant must not possess a firearm, destructive device, or other dangerous weapon.
- Defendant must refrain from the use of alcohol and submit to random alcohol screening

- as directed by Pretrial Services.
- Defendant must not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner.
- Defendant must submit to random drug screening as directed by Pretrial Services and not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- Defendant must participate in the location monitoring program as directed by pretrial services and comply with all of the program requirements and instructions, employing the following technology and component: **Active Global Positioning System (GPS), with a curfew from 6:00 p.m. to 6:00 a.m. on Home Detention.** Defendant must pay all or part of the cost of the program based on ability to pay.
- Defendant must report as soon as possible, to Pretrial Services, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

The United States Marshal is ORDERED to keep the defendant in custody until notified by the Clerk that the defendant has posted bond and/or complied with all other conditions for release. The Government has been given 10 days to appeal this Order.

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE