# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            No. 25-MJ-0330 DLM

CRISTHIAN ADRIAN ORTEGA-LOPEZ,

    Defendant.

## AMENDED ORDER DENYING EMERGENCY MOTION
## TO DETAIN MATERIAL WITNESS

THIS MATTER is before the Court on Defendant's Emergency Motion to Detain Material Witness. (Doc. 19.) Defendant asks the Court to detain Effren Montilla-Castillo and Juan Manuel Acevedo-Leon, who are detained at the Otero County Immigration Center but who may be deported within the next day, "as the testimony of these witnesses appears to be material." (*Id.* at 1.) Defendant fails to state, however, what testimony these deponents would likely offer. Moreover, Defendant fails to comply with this district's local rules, which require the movant to "determine whether a motion is opposed." D.N.M. LR-Crim. 47.1. "A motion that fails to recite concurrence of each party may be summarily denied." D.N.M. LR-Crim. 47.2.

**IT IS THEREFORE ORDERED** that Defendant's Emergency Motion (Doc. 19) is **DENIED**. Defendant may correct the errors noted above and refile the motion for United States District Judge Margaret Strickland's review, given that Judge Strickland is reviewing the Government's Notice of Appeal. (*See* Doc. 13.)

                                                            _____
                                                            DAMIAN L. MARTINEZ
                                                            UNITED STATES MAGISTRATE JUDGE