Content may be subject to confidentiality provisions/disclosure restrictions under U.S. law
Uncertified Duplicate produced 03/07/2025 from USCIS CMS; A-Number 245614060

| U.S. Department of Homeland Security | **Warrant for Arrest of Alien** |
|---|---|

FINS #:1351340402

File No. __A245 614 060__
Event No:EGT2412000586
Date: __December 18, 2023__

**To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:
__CRISTHIAN ADRIAN ORTEGA-LOPEZ_____
(Full name of alien)

an alien who entered the United States at or near _____**EAGLE PASS, TEXAS**_____ on
(Port)

__December 15, 2023_____ is within the country in violation of the immigration laws and is
(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

AMANDO MENDEZ JR
Date: 2023.12.18 01:13:18 -06:00
0530473298.CBP
_____
(Signature of Designated Immigration Officer)

_____
(Print name of Designated Immigration Officer)

__ACTING/PATROL AGENT IN CHARGE__
(Title)

---

**Certificate of Service**

Served by me at __LAREDO, TX_____ on __December 18, 2023__ at __12:45 AM_____.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

CARLOS O LOPEZ
Date: 2023.12.18 03:34:48 -06:00
0692494779.CBP  **CARLOS  LOPEZ**
_____
(Signature of officer serving warrant)

__BORDER PATROL AGENT__
(Title of officer serving warrant)

Form I-200 (Rev. 08/01/07) N

Government Exhibit 1