

U.S. Department of Homeland Security
Houston Asylum Office
PO Box 670626, Houston, TX 77060

U.S. Citizenship and Immigration Services

Date: **MAR 21 2025**

CRISTHIAN ADRIAN ORTEGA LOPEZ
1220 N REYMOND ST
LAS CRUCES, NM 88005

RE: ORTEGA LOPEZ, CRISTHIAN ADRIAN  A245614060

## Notice of Lack of Jurisdiction

Dear CRISTHIAN ORTEGA LOPEZ:

This letter refers to your Form I-589, *Application for Asylum and for Withholding of Removal*, filed with U.S. Citizenship and Immigration Services (USCIS).

Department of Homeland Security (DHS) records indicate that you were previously placed in immigration proceedings before an Executive Office for Immigration Review (EOIR) immigration judge. Asylum regulations provide that only an immigration judge may adjudicate the Form I-589 of an individual in proceedings before an immigration court. 8 CFR 208.2(b), 1208.2(b). Therefore, USCIS does not have jurisdiction over your Form I-589.

Your Form I-589 cannot be processed by the asylum office at this time.

Additional information about your case is available by calling the EOIR Automated Case Information Hotline at (800) 898-7180 (TDD: 800-828-1120) (nationwide toll-free) or (304) 625-2050 (local toll call) or by checking the EOIR Automated Case Information online system at https://portal.eoir.justice.gov/InfoSystem. You may also contact the immigration court at the following address:



**El Paso Immigration Court - 700 E. San Antonio Avenue Suite 750 El Paso, TX 79901**

Please include your full name, alien number (A-number) listed above, and your current address on any correspondence with U.S. Citizenship and Immigration Services (USCIS) or the immigration court.

You may remain in the United States until your asylum application is decided. If you wish to leave the United States while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS or you may be considered to have abandoned your asylum application.

**Change of Address:**

Government Exhibit 4

You must report a change of address to USCIS within 10 days of moving by following the instructions on the How to Change Your Address webpage (https://www.uscis.gov/addresschange). Changing your address with the U.S. Postal Service will not change your address with USCIS.

Because you have been placed in removal proceedings, you must also notify the Immigration Court within five days of any change of address by completing Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, and submitting the Form EOIR-33 to the Immigration Court where your proceedings have been referred. Form EOIR 33 is available on the Department of Justice website at www.justice.gov/eoir/eoirforms/eoir33/ICadr33.htm.

Attached is a list of low-cost legal service providers that may be able to assist you further.

Sincerely,

Bryan Hemming
Director