

Government Exhibit 5a



Government Exhibit 5b



Government Exhibit 5c



Government Exhibit 5d