



Government Exhibit 6b