

Government Exhibit 7a





Government Exhibit 7c



Government Exhibit 7d



Government Exhibit 7e