

Government Exhibit 8a



Government Exhibit 8b



Government Exhibit 8c



Government Exhibit 8d



Government Exhibit 8e