

Government Exhibit 9a



Government Exhibit 9b



Government Exhibit 9c



Government Exhibit 9d

