From: 100080650686950 Usuario de Facebook

> From: 61555112631028 Cristhian Ortega (owner)
>
> Pues le pese a un policía pero eso es aparte la cuestión es que yo tengo una ak47 en la costilla y tu sabes que eso representa al tren de aragua
>
> **Priority:** Normal
> **Status:** Sent
> **Platform:**
> **Label:** Reply
>
> 4/30/2024 5:40:42 PM(UTC-6)

Nwr Mor Sisi Se Ay Deoss Niño
**Priority:** Normal
**Platform:**
**Label:** Reply

4/30/2024 5:51:52 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/AC2F3CD6-19E4-42F8-B2F3-6E80FBC14DD1/Library/Application Support/lightspeed-userDatabases/61555112631028.db : 0x13134E4 (Table: client_messages, contacts, Size: 28758016 bytes)

---

From: 100080650686950 Usuario de Facebook

> From: 61555112631028 Cristhian Ortega (owner)
>
> Y no me puedo fugar o xambiar de estado xq me va peor
>
> **Priority:** Normal
> **Status:** Sent
> **Platform:**
>
> 4/30/2024 5:40:57 PM(UTC-6)

Siiii Mor Te Va Peor
**Priority:** Normal
**Platform:**
**Label:** Reply

4/30/2024 5:51:52 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/AC2F3CD6-19E4-42F8-B2F3-6E80FBC14DD1/Library/Application Support/lightspeed-userDatabases/61555112631028.db : 0x1313F50 (Table: client_messages, contacts, Size: 28758016 bytes)

Government Exhibit 10

↩

From: 100080650686950 Usuario de Facebook

> From: 61555112631028 Cristhian Ortega (owner)
>
> Si ella no sabe pero tampoco la quiero preocupar sabes
>
> **Priority:** Normal
> **Status:** Sent
> **Platform:**
> **Label:** Reply
>
> 4/30/2024 5:41:17 PM(UTC-6)

Entonces Que Piensa Hacer No Le Digas Todavía Bebé
**Priority:** Normal
**Platform:**
**Label:** Reply

4/30/2024 5:51:52 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/AC2F3CD6-19E4-42F8-B2F3-6E80FBC14DD1/Library/Application Support/lightspeed-userDatabases/61555112631028.db : 0x131174F (Table: client_messages, contacts, Size: 28758016 bytes)

↩

From: 100080650686950 Usuario de Facebook

> From: 61555112631028 Cristhian Ortega (owner)
>
> Eso me tiene mal Aller mi patrona lloro te lo juro y pues ella me esta apoyando como el marido es juez pues noce que pueda pasar
>
> **Priority:** Normal
> **Status:** Sent
> **Platform:**
>
> 4/30/2024 5:41:55 PM(UTC-6)

Confía En Dios Mor
**Priority:** Normal
**Platform:**
**Label:** Reply

4/30/2024 5:51:52 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/AC2F3CD6-19E4-42F8-B2F3-6E80FBC14DD1/Library/Application Support/lightspeed-userDatabases/61555112631028.db : 0x13110CF (Table: client_messages, contacts, Size: 28758016 bytes)

From: 100080650686950 Usuario de Facebook

From: 61555112631028 Cristhian Ortega (owner)

Eso me tiene mal Aller mi patrona lloro te lo juro y pues ella me esta apoyando como el marido es juez pues noce que pueda pasar

**Priority:** Normal
**Status:** Sent
**Platform:**

4/30/2024 5:41:55 PM(UTC-6)

Niño Se Fue La Luz Y No Te Termine De Responder

**Priority:** Normal
**Platform:**
**Label:** Reply

4/30/2024 5:51:52 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/AC2F3CD6-19E4-42F8-B2F3-6E80FBC14DD1/Library/Application Support/lightspeed-userDatabases/61555112631028.db : 0x13113C6 (Table: client_messages, contacts, Size: 28758016 bytes)

From: 61555112631028 Cristhian Ortega (owner)

From: 100080650686950 Usuario de Facebook

Entonces Que Piensa Hacer No Le Digas Todavía Bebé

**Priority:** Normal
**Platform:**
**Label:** Reply

4/30/2024 5:51:52 PM(UTC-6)

Pues eso pienso xq no quiero que ande preocupada

**Priority:** Normal
**Status:** Sent
**Platform:**
**Label:** Reply

4/30/2024 5:52:46 PM(UTC-6)

Source Info:
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Shared/AppGroup/AC2F3CD6-19E4-42F8-B2F3-6E80FBC14DD1/Library/Application Support/lightspeed-userDatabases/61555112631028.db : 0x131162E (Table: client_messages, contacts, Size: 28758016 bytes)
EXTRACTION_FFS.zip/root/private/var/mobile/Containers/Data/Application/85D16A51-64F5-4378-82BC-39147F6177F7/Library/Preferences/com.facebook.Messenger.plist : 0x18AA

8