

Government Exhibit 11